AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Dakota
Western Division

| | |
|---|---|
| United States of America<br>v.<br>Jaron Thunder Hawk,<br>*Defendant(s)* | Case No. 5:26-mj-04 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 30, 2025, in the District of South Dakota, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, resisting, or impeding a federal officer |

This criminal complaint is based on these facts:

On or about December 30, 2025, in the District of South Dakota, the defendant, Jaron Thunder Hawk, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Correctional Officer Seth White, and such act involved physical contact with Seth White, while Seth White was employed as a correctional officer and assisting the United States Marshals Service, and while Seth White was engaged in the performance of his official duties and on account of his assistance to the United States Marshals Service, all in violation of 18 U.S.C. § 111(a).

☒ Continued on the attached sheet.

*Complainant's signature*

Heather Knox, Assistant United States Attorney
*Printed name and title*

Sworn to before me and: ☒ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: 1-7-26

*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, United States Magistrate Judge
*Printed name and title*